```
 1  DENNIS J. HERRERA, State Bar #139669
    City Attorney
 2  JOANNE HOEPER, State Bar #114961
    Chief Trial Deputy
 3  ELIZABETH L. DEELEY, State Bar #230798
    Deputy City Attorney
 4  Fox Plaza
    1390 Market Street, 6th Floor
 5  San Francisco, California 94102-5408
    Telephone:    (415) 554-3982
 6  Facsimile:    (415) 554-3837
    E-Mail:       elizabeth.deeley@sfgov.org
 7
    Attorneys for Defendants
 8  DEPUTY CURRY AND SGT. FISHER
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ELMER RED BULL, | Case No. C05-02936 CRB |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING LEAVE TO DEPOSE CONFINED WITNESSES [FRCP 30] |
| vs. | |
| DEPUTY CURRY, SGT. FISHER, SAN FRANCISCO SHERIFF'S DEPARTMENT, DOES 1 TO 10, | Date Action Filed:   May 26, 2005<br>Trial Date:           None Set |
| Defendant. | |

Defendant City and County of San Francisco has requested leave under Rule 30 of the Federal Rules of Civil Procedure to depose Plaintiff Elmer Red Bull who is presently confined in the County Jail at San Bruno. Plaintiff has stipulated to defendant's request.

Good cause shown, Defendant City and County of San Francisco is granted leave to depose Plaintiff Elmer Red Bull in the above-entitled matter.

IT IS SO ORDERED.

Dated:   May 13, 2006

_____
HON.
United

*IT IS SO ORDERED — Judge Charles R. Breyer* (seal: United States District Court, Northern District of California)

[PROPOSED] ORDER GRANTING LEAVE TO DEPOSE CONFINED WITNESS
Red Bull v. Curry, et al. – USDC No. C05-02936 CRB         1                N:\LIT\LI2005\051878\00375553.DOC