DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
ELIZABETH L. DEELEY, State Bar #230798
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3982
Facsimile:      (415) 554-3837
E-Mail:          elizabeth.deeley@sfgov.org

Attorneys for Defendants
DEPUTY CURRY AND SGT. FISHER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ELMER RED BULL, | Case No. C05-02936 CRB |
|---|---|
| Plaintiff, | ~~[PROPOSED]~~ ORDER EXTENDING SETTLEMENT CONFERENCE DEADLINE. |
| vs. | |
| DEPUTY CURRY, SGT. FISHER, SAN FRANCISCO SHERIFF'S DEPARTMENT, DOES 1 TO 10, | Date Action Filed:   May 26, 2005<br>Trial Date:               None Set |
| Defendant. | |

The Parties were ordered to participate in a settlement conference in September 2006. Plaintiff Elmer Red Bull has requested that the Court extend by 120 days the deadline within which the Parties shall participate in a settlement conference. Defendant stipulated to Plaintiff's request.

Good cause shown, the deadline within which the parties shall participate in a settlement conference is extended through December 31, 2006.   The case management conference currently set for October 6, 2006 shall be postponed until Friday, January 5, 2007.

IT IS SO ORDERED.

Dated:  September 6, 2006

_____
HON. CHARLES R. BREYER
United States District Judge

[PROPOSED] ORDER EXTENDING SETTLEMENT CONFERENCE DEADLINE
Red Bull v. Curry, et al. – USDC No. C05-02936 CRB

1