1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  ELIZABETH L. DEELEY, State Bar #230798
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:     (415) 554-3982
6  Facsimile:     (415) 554-3837
   E-Mail:        elizabeth.deeley@sfgov.org

Attorneys for Defendants
DEPUTY CURRY AND SGT. FISHER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ELMER RED BULL, | Case No. C05-02936 CRB |
|---|---|
| Plaintiff, | [PROPOSED] ORDER EXTENDING SETTLEMENT CONFERENCE DEADLINE. |
| vs. | |
| DEPUTY CURRY, SGT. FISHER, SAN FRANCISCO SHERIFF'S DEPARTMENT, DOES 1 TO 10, | Date Action Filed:  May 26, 2005<br>Trial Date:         None Set |
| Defendant. | |

The Parties were ordered to participate in a settlement conference on or before December 31, 2006.  Plaintiff Elmer Red Bull has requested that the Court extend the deadline within which the Parties shall participate in a settlement conference until March 31, 2007.  Defendants stipulated to Plaintiff's request.

Good cause shown, the deadline within which the parties shall participate in a settlement conference is extended through March 31, 2007.  The case management conference currently set for Friday, January 5, 2007 shall be postponed until Friday, April 13, 2007.

IT IS SO ORDERED.

Dated:   January 3, 2007

_____
HON. CHARLES R. BREYER
United States District Judge

*IT IS SO ORDERED — Judge Charles R. Breyer*