1 | DENNIS J. HERRERA, State Bar #139669
City Attorney
2 | JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
3 | SCOTT D. WIENER, State Bar #189266
Deputy City Attorney
4 | Fox Plaza
1390 Market Street, 6th Floor
5 | San Francisco, California 94102-5408
Telephone:    (415) 554-4283
6 | Facsimile:     (415) 554-3837

Attorneys for Defendants
DEPUTY CURRY AND SGT. FISHER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELMER RED BULL,<br><br>             Plaintiff,<br><br>       vs.<br><br>DEPUTY CURRY, SGT. FISHER, SAN FRANCISCO SHERIFF'S DEPARTMENT, DOES 1 TO 10,<br><br>             Defendant. | Case No. C05-02936<br><br>[PROPOSED] **ORDER GRANTING MOTION TO EXTEND DEADLINE TO COMPLETE SETTLEMENT CONFERENCE (L.R. 6-3)**<br><br>Date Action Filed:    May 26, 2005<br>Trial Date:                 None Set |

1  The Parties were ordered to participate in a settlement conference on or before March 31,
2  2007.  Defendants have requested that the Court extend until June 1, 2007, the deadline within
3  which the Parties shall participate in a settlement conference.
4  Good cause having been shown, the deadline within which the parties shall participate in
5  a settlement conference is extended through June 1, 2007.
6  IT IS SO ORDERED.
7  Dated:   March 28, 2007



HON. CHARLES R. BREYER
UNITED STATES DISTRICT