United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELMER RED BULL

    Plaintiff,

    v.

DEPUTY CURRY, et al.,

    Defendants.
_____/

No. 05-02936 CRB (EDL)

ORDER EXCUSING ATTENDANCE
AT SETTLEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL AND PARTIES OF RECORD:

By letter dated November 6, 2007, defense counsel requested the individual San Francisco Sheriff's deputies and representative to be excused from personally appearing at the settlement conference scheduled for November 8, 2007. No opposition was filed by any party.

Upon consideration of the request, the Court finds good cause for excusing personal attendance. Therefore, it is hereby ORDERED that the deputies and representative of the San Francisco Sheriff's Department be available by telephone from 9:30 a.m. Pacific Standard Time until further notice on November 8, 2007.

If the Court concludes that the absence of the defendants is interfering with the settlement conference, the Court may continue the settlement conference and may order personal attendance by each party.

SO ORDERED.

Dated: November 6, 2007

                                                            ELIZABETH D. LAPORTE
                                                            United States Magistrate Judge