IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELMER RED BULL,<br><br>    Plaintiff,<br><br>  v.<br><br>DEPUTY CURRY, et al.,<br><br>    Defendants. | No. C 05-02936 CRB<br><br>**ORDER TO SHOW CAUSE** |

On November 8, 2007, Magistrate Judge Elizabeth LaPorte held a settlement conference in this matter. The docketed minutes from the settlement conference disclose that plaintiff did not appear for the conference even though his attendance was not excused. His counsel explained that counsel is not aware of plaintiff's current whereabouts. Accordingly, pursuant to Federal Rule of Civil Procedure 41(b), plaintiff is ORDERED TO SHOW CAUSE why his action should not be dismissed for a failure to prosecute. In particular, plaintiff shall appear in person at 10:00 a.m. on November 30, 2007 in Courtroom 8, 19th Floor, 450 Golden Gate Avenue, San Francisco, California. Plaintiff is warned that his failure to appear in person will result in dismissal of his action with prejudice.

**IT IS SO ORDERED.**

Dated: Nov. 14, 2007

                                          CHARLES R. BREYER
                                          UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28