1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  SCOTT D. WIENER, State Bar #189266
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-4283
6  Facsimile:    (415) 554-3837

Attorneys for Defendants
KYLE CURRY and MICHELLE FISHER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELMER RED BULL,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>DEPUTY CURRY, SGT. FISHER, SAN FRANCISCO SHERIFF'S DEPARTMENT, DOES 1 TO 10,<br><br>　　　　　Defendant. | Case No. C05-02936 CRB<br><br>**[PROPOSED] ORDER GRANTING MOTION TO COMPEL**<br><br>Hearing Date:　January 4, 2008<br>Hearing Judge:　Hon. Charles R. Breyer<br>Time:　　　　　10:00 a.m.<br>Place:　　　　　19/F, Courtroom 8 |

Defendants' MOTION TO COMPEL came on for hearing on shortened time on January 4, 2008. Deputy City Attorney Scott Wiener appeared for defendants Michelle Fisher and Kyle Curry. John Stringer appeared for Plaintiff Elmer Red Bull.

Having reviewed the parties' submissions, considered the relevant authorities, and heard argument, the Court GRANTS defendants' motion:

1. The Court finds that Plaintiff Elmer Red Bull's mental condition is in issue and that the psychotherapist-patient privilege has been waived. Accordingly, San Francisco General Hospital is ordered to produce Plaintiff's mental health records within one week of service of notice of this order.

2. The Court finds that Plaintiff's mental and physical conditions have been placed in issue and that under Fed. R. Civ. P. 35, Defendants are entitled to conduct psychological and orthopedic evaluations of Plaintiff. The Court therefore orders:

   a. Plaintiff will be evaluated by orthopedic surgeon Louis Lesko, M.D., who will conduct a physical examination of Plaintiff's shoulder and any other location on Plaintiff's body relevant to his claim of physical injury. Dr. Lesko may also inquire into Plaintiff's medical history to the extent necessary for him to form opinions. If Plaintiff is incarcerated, the examination will occur at the facility where he is incarcerated. If Plaintiff is not incarcerated, the examination will occur at 2645 Ocean Avenue, San Francisco, California. The examination will take place between January 14, 2008, and February 8, 2008. Defendants will give Plaintiff at least 7 days notice of the exact time and date. Plaintiff's counsel will immediately provide Defendant's counsel with Plaintiff's incarceration status, including Plaintiff's current location and the date through which it is anticipated that Plaintiff will remain at his current location.

   b. Plaintiff will be evaluated by licensed psychologist Joanna Berg, Ph.D., who will conduct a psychological evaluation of Plaintiff. Dr. Berg will conduct a standard battery of psychological tests on Plaintiff and will obtain a standard psychological history. If Plaintiff is incarcerated, the examination will occur at the facility where he is incarcerated. If Plaintiff is not incarcerated, the examination will occur at 5665 College Avenue, Suite 240E, Oakland, California. The examination will take place between January 14, 2008, and February

1 | 8, 2008.  Defendants will give Plaintiff at least 7 days notice of the exact time and date.

2 | Plaintiff's counsel will immediately provide Defendant's counsel with Plaintiff's incarceration

3 | status, including Plaintiff's current location and the date through which it is anticipated that

4 | Plaintiff will remain at his current location.

5 |      SO ORDERED.

Dated: January 4, 2008



HON.
UNITED STATES DISTRICT JUDGE