UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELMER RED BULL,

    Plaintiff,

v.

DEPUTY CURRY, et al.,

    Defendants.
_____/

No. 05-02936 CRB (EDL)

NOTICE AND ORDER SETTING
<u>FURTHER SETTLEMENT CONFERENCE</u>

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a further settlement conference is scheduled for **February 20, 2008**, at 9:00 a.m., Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

Lead counsel who will try the case shall appear at the Settlement Conference with the parties and with the person or persons having full authority to negotiate and to settle the case.

**<u>Updated confidential settlement conference statements shall be lodged with the Court by February 12, 2008.</u>**

All other provisions of this Court's original Notice and Settlement Conference Order shall remain in effect. Plaintiff may attend the further settlement conference by telephone. Counsel shall make the necessary arrangements for plaintiff's appearance.

The parties shall notify Magistrate Judge Laporte's Courtroom Deputy **immediately** at (415) 522-3694 if this case settles prior to the date set for further settlement conference.

Dated: January 18, 2008

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge