IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELMER RED BULL, | No. C 05-02936 CRB |
| Plaintiff, | **ORDER GRANTING MOTION TO COMPEL** |
| v. | |
| DEPUTY CURRY ET AL, | |
| Defendant. | |

Defendants' unopposed motion to compel is GRANTED. Plaintiff Elmer Red Bull is ordered to provide complete verified responses, without objections, to Defendants' Corrected First Set of Interrogatories and First Set of Requests for Production of Documents no later than by Monday, February 4, 2008. See Fed. R. Civ. P. 33(b)(4); Burlington N. & Santa Fe Ry. Co. v. United States Dist. Court for the Dist. of Montana, 408 F.3d 1142, 1149 (9th Cir. 2005). The hearing scheduled for February 1, 2008 is VACATED.

**IT IS SO ORDERED.**

Dated: January 31, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\2936\Compel Order.wpd