| | |
|---|---|
| 1 | DENNIS J. HERRERA, State Bar #139669<br>City Attorney |
| 2 | JOANNE HOEPER, State Bar #114961<br>Chief Trial Deputy |
| 3 | SEAN F. CONNOLLY, State Bar #152235<br>MEREDITH B. OSBORN, State Bar #250467 |
| 4 | Deputy City Attorneys<br>Fox Plaza |
| 5 | 1390 Market Street, 6th Floor<br>San Francisco, California 94102-5408 |
| 6 | Telephone: (415) 554-3911<br>Facsimile: (415) 554-3837 |
| 7 | |
| 8 | Attorneys for Defendants<br>DEPUTY CURRY AND SGT. FISHER |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ELMER RED BULL,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>DEPUTY CURRY, SGT. FISHER, SAN FRANCISCO SHERIFF'S DEPARTMENT, DOES 1 TO 10,<br><br>　　　　　Defendant. | Case No. C05-02936 CRB<br><br>[~~PROPOSED~~] **ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO PERMIT FILING OF MOTION TO DISMISS AND REQUEST FOR SANCTIONS ON SHORTENED TIME (L.R. 7-11)**<br><br>Date Action Filed: May 26, 2005<br>Trial Date: March 3, 2008 |
|---|---|

Defendants have filed an ADMINISTRATIVE MOTION TO PERMIT FILING OF MOTION TO DISMISS AND REQUEST FOR SANCTIONS ON SHORTENED TIME (L.R. 7-11). Having reviewed the motion and considered the relevant authorities, the Court GRANTS defendants' motion. Defendants are permitted to file their motion to compel on Thursday, February 14, 2008, with plaintiff's opposition due on Monday, February 18, 2008, with defendants' reply due on Wednesday, February 20, 2008, and with the hearing occurring on Friday, February 22, 2008, at 10 a.m. at the United States District Court, 450 Golden Gate Avenue, 19th Floor, Courtroom 8, San Francisco, California.

SO ORDERED.

Dated: February 11, 2008



HON. CHARLES R. BREYER